

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-20-00283-CR

**IN RE EDUARDO A. TREVINO,**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1999-CR-6205
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

The court has considered relator's pro se "Motion to Object to The 'Order' of October 2, 2020 Denying Reconsideration." The motion is DENIED.

It is so **ORDERED** on this 2nd day of November, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court